filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 5, 1998. This Court's Rule 29.2 does not apply.

No. 97–115. KAWAAUHAU ET VIR *v.* GEIGER. C. A. 8th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and · served upon opposing counsel on or before 3 p.m., Thursday, November 13, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 15, 1997. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 5, 1998. This Court's Rule 29.2 does not apply.

OCTOBER 1, 1997

No. M–9 (A–248). ADANANDUS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 97–6231 (A–253). ADANANDUS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.